------o------

## ADAMS *v.* THE STATE.

From the Madison Circuit Court.

*J. A. Harrison, J. W. Sansberry,* and *C. D. Thompson,* for appellant.

*J. C. Denny,* Attorney General, for the State.

PER CURIAM.—This was an indictment against the appellant for an assault and battery with intent to murder. On

a trial by jury, the defendant was found guilty, a motion made by him for a new trial was overruled, and sentence was pronounced against him.

The third error assigned is, that the court erred in overruling the defendant's motion for a new trial. This error is confessed by the Attorney General, and counsel for appellant do not ask a decision of the questions presented by the other assignments.

The judgment is reversed, and the cause remanded, with instructions to grant a new trial.